UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JEFFREY LEWIS, et al.,

                        Plaintiffs,

            -against_                                          24-cv-8428 (LAK)

THE NEW YORK CITY DEPARTMENT OF
CORRECTION, et al.,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #: _____           │
│ DATE FILED: 11/7/2024         │
└──────────────────────────────┘
```

                        **ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The New York City Department of Correction is not a suable entity.  *E.g., Johnson v. Dobry,* 660 F. App'x 69, 72 (2d Cir. 2016); *Vatansever v. New York City,* 210 F. App'x 26 (2d Cir. 2006); *Adams v. Galletta,* 966 F. Supp. 210, 212 (S.D.N.Y. 2007).  Accordingly, this case is dismissed solely as against the New York City Department of Correction.

        SO ORDERED.

Dated:        November 7, 2024

                                        /s/    Lewis A. Kaplan
                                        _____
                                        Lewis A. Kaplan
                                        United States District Judge