USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-18-25



MURIEL GOODE-TRUFANT
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Bryn M. Ritchie
Phone: (212) 356-0885

February 14, 2025

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  *Lewis et al v. City of New York et al*
          1:24-cv-8428-LAK

Your Honor:

    I am an Assistant Corporation Counsel in the New York City Law Department and the attorney representing Defendants. The undersigned, now on behalf of the parties write to respectfully request that the Court adjourn the initial pretrial conference currently scheduled for February 19, 2025 by one week. The reasons for this request are that the undersigned will be on a family vacation on this date and will have difficulty attending the conference. Counsel for Plaintiffs have advised that they will be in trial on another matter in the Eastern District of New York on that date as well.

    Accordingly, the parties respectfully request that the Court grant this adjournment by one week of the initial pretrial conference currently scheduled for February 19, 2025.

    Thank you for your consideration of this matter.

Respectfully submitted,
/s/
Bryn M. Ritchie
Assistant Corporation Counsel

*Adjourned to 2/26/25 at 2:15 pm*
SO ORDERED
LEWIS A. KAPLAN, USDJ
2/19/25