

**Lord Law Group PLLC**
14 Wall St., Suite 1603
New York, NY 10005
P: 718-701-1002
E: info@lordlawgroup.com

MEMO ENDORSED

October 14, 2025

Honorable Judge Lewis Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. New York, NY 10007

USDC S[...]
DOCUM[...]
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-25

    RE:    Lewis et al v. The New York City Department of Correction et al
            24-cv-08428

Your Honor,

    Plaintiff's respectfully submit this letter requesting a stay on the motion to intervene pending the resolution of the mediation scheduled in a related matter, *Lewis, et al v. The City of New York, et al: 23-cv-9460* (or Lewis matter). Defendant's take no position on our application and Proposed Intervenor-Plaintiff's oppose. Plaintiff has attached the statements from Defendants and Proposed Intervenor-Plaintiff at the bottom of this letter.

    By way of background, this claim involves, *inter alia*, allegations of the denial of outdoor recreation for all inmates at EMTC. On July 08, 2025, Plaintiff's filed a motion to intervene on the *Lewis* matter – which involves similar allegations. Ultimately, the parties agreed to conduct a joint mediation in that matter and will provide that Court with an update by December 08, 2025. Exhibit A: Joint Status Letter To Court.

    If the parties are able to reach a mediated result in the Lewis case, it will naturally resolve this matter as well. Accordingly, Plaintiff is requesting a stay in this matter to mirror the stay in the Lewis matter, and request that the parties be directed to submit a joint status letter on December 08, 2025 to this court as well appraising them of the status of mediation.

Defendants Statement:

"Defendants take no position as to the stay request regarding the Motion to Intervene in this matter, and respectfully refer the Court to Defendants' Response to the Motion to Intervene filed on September 19, 2025 in *Lewis, et al. v. City of N.Y., et al.*, 23-cv-9460 (DLC) (ECF No. 126) for their views as to whether intervention may be permissible under Fed. R. Civ. Proc. 24(b) regarding the recreation claims at issue."



Lord Law Group

Intervenor-Plaintiff's Statement:

"The Proposed Intervenor Raymond Lewis Plaintiffs oppose any stay. The Jeffery Lewis Motion to intervene in Raymond Lewis was intended to coordinate the cases and protect the victims. In response, Judge Cote said Her Honor prefers coordination. The Proposed Intervenor Raymond Lewis Plaintiffs' reciprocal motion is timely and appropriate for these purposes."

Respectfully Submitted,

/s/ Masai I. Lord
Masai Lord
*Attorney For Plaintiffs*

Denied.
SO ORDERED
_____
LEWIS A. KAPLAN, USDJ

10/16/25



**Muriel Goode-Trufant**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Eric Teszler**
*Assistant Corporation Counsel*
Office: (212) 356-1652

October 10, 2025

**VIA ECF**
Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

          Re:    *Lewis, et al. v. City of N.Y., et al.*, 23-cv-9460 (DLC)

Dear Judge Cote:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action.

      I write on behalf of all parties, including the Intervenor Plaintiffs, to respectfully inform the Court that earlier today, the parties contacted Rebecca Price with the Court's Mediation Office. The parties requested Ms. Price's availability in November and early December to schedule a mediation session regarding the recreation claims raised in the above-referenced matter, as well as in *Lewis, et al. v. City of N.Y., et al.*, 24-cv-8428 (LAK).

      In light of the parties' shared interest in mediating the recreation claims at issue, the parties additionally respectfully request that any pending deadlines in this matter be stayed until such time that the parties have collectively participated in mediation. The parties further respectfully propose filing a joint letter by December 8, 2025 which apprises the Court as to the status of their mediation efforts.

      The parties thank the Court for considering this submission and these requests.

                                                Respectfully submitted,

                                                */s/ Eric Teszler*
                                                Eric Teszler, Esq.
                                                Assistant Corporation Counsel

cc:    All counsel of record (via ECF)