UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFFREY LEWIS, MICHAEL FARRIS, ROBERT DINKENS, AND LUIS SANCHEZ on behalf of themselves and a class of at least 134 persons listed in the complaint and others similarly situated,

                            Plaintiffs,

-against-                            24-cv-8428 (LAK)

THE CITY OF NEW YORK AND LYNELLE MAGINLEY-LIDDLE, in her official capacity as the Commissioner of the New York City Department of Correction,

                            Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        In light of the dismissal from this case of The New York City Department of Correction, which is not a suable entity, the Clerk shall amend the caption to conform to that above.

        SO ORDERED.

Dated:       October 29, 2025

                                                                               _____
                                                                               Lewis A. Kaplan
                                                                           United States District Judge