# Law Office of Caner Demirayak, Esq., P.C.

November 1, 2025

Hon. Lewis A Kaplan
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/25

Re:    **Jeffrey Lewis, et al v The City of New York, et al**
       24-cv-8428-LAK

Your Honor:

I represent the plaintiffs and the putative class. In accordance with your order as to the Joint Pre-Trial Order, I have enclosed the plaintiffs' deposition testimony designations of the defendants' Rule 30(b)(6) witness Assistant Commissioner Sonya Harvey. The plaintiffs intend to read these portions of the deposition to the jury and/or publish and display the video recording of such deposition.

Thank you for your time and attention to this matter.

Very truly yours,

*Caner Demirayak*

Caner Demirayak, Esq.

CC:    All Counsel via ECF

1500 Astor Avenue, 2nd Floor, Bronx, New York 10469
Tel: 718-344-6048 | Fax: 646-679-2527
cd@canerlaw.com
Office Visits by Appointment Only