

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/25

Muriel Goode-Trufant
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Eric Teszler
*Assistant Corporation Counsel*
Office: (212) 356-1652

**MEMO ENDORSED**

October 29, 2025

**VIA ECF**
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Granted

SO ORDERED
/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ 11/3/25

Re:   *Lewis, et al. v. City of N.Y., et al.*, 24-cv-8428 (LAK)

Dear Judge Kaplan:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. I write on behalf of all parties, including the Intervenor Plaintiffs, to respectfully request that all pending deadlines in this matter—and in particular any current trial deadlines—be stayed pending the parties' efforts to mediate this dispute in tandem with *Lewis, et al. v. City of N.Y., et al.*, 23-cv-9460 (DLC).

The parties make this request in light of their joint mediation referral requests filed today in this matter (ECF No. 45), as well as in *Lewis, et al.*, 23-cv-9460 (DLC) (ECF No. 134). The parties respectfully submit that, to the extent that they are seeking to arrange a mediation session to occur in November or December, this matter should not proceed with a trial at this time. The parties additionally highlight that this matter is not yet ripe for trial because there are still pending issues in this matter and *Lewis, et al.*, 23-cv-9460 (DLC) as to whether, *inter alia*, intervention is appropriate.

In view of the parties' shared interest in engaging in mediation, as well as the pending issues before the Court regarding potentially overlapping questions of fact and law between this matter and *Lewis, et al.*, 23-cv-9460 (DLC), the parties respectfully request that all deadlines in this matter be stayed pending their mediation efforts. The parties additionally respectfully propose filing a further joint update by December 8, 2025 regarding their mediation status. The parties further note that they will be submitting a similar status report in *Lewis, et al.*, 23-cv-9460 (DLC) (*see* ECF No. 131) by that same date.

The parties thank the Court for considering this request.

Respectfully submitted,

*/s/ Eric Teszler*
Eric Teszler, Esq.
Assistant Corporation Counsel

cc:   All counsel of record (via ECF)