UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-2-26

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JEFFREY LEWIS, et al.,

Plaintiffs,

-against-                                                  24-cv-8428 (LAK)

CITY OF NEW YORK, et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## ORDER

LEWIS A. KAPLAN, *District Judge.*

Having represented that mediation in this matter would occur during January 2026, the parties shall file a joint report regarding mediation status by March 9, 2026.

SO ORDERED.

Dated:      March 2, 2026

_____
Lewis A. Kaplan
United States District Judge