UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JEFFREY LEWIS, et al.,

Plaintiffs,

-against-                                                        24-cv-8428 (LAK)

CITY OF NEW YORK, et al.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

Having represented that the parties would file a status update by May 1, 2026, regarding "the prospect for settlement of the putative class claims in this case regarding all sentenced persons in custody, and whether there has been any modification to the current summary judgment briefing schedule in *Lewis*, 23-cv-9460 (DLC),"[1] the parties shall file such a joint report by May 14, 2026.

Additionally, the Court notes that mediation in this matter has been ongoing unsuccessfully for at least four months. The parties, in the joint report, therefore shall address also whether the stay in this action should be lifted.

SO ORDERED.

Dated:          May 7, 2026

_____
Lewis A. Kaplan
United States District Judge

----

[1] Apr. 10, 2026 Joint Letter (Dkt 56).